| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT COPY<br>FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>EDENFIELD, AVANT B | 2. Court or Organization<br><br>U.S. DISTRICT COURT, SD/GA | 3. Date of Report<br><br>5/5/2005 |
| --- | --- | --- |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>ACTIVE ARTICLE III JUDGE | 5. ReportType (check appropriate type)<br><br>○ Nomination,   Date<br><br>○ Initial   ● Annual   ○ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>POST OFFICE BOX 9865<br><br>SAVANNAH, GEORGIA 31412 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |

RECEIVED May 16 3 07 PM '05 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE  - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | GEORGE MASON UNIVERSITY-LAW AND ECONOMICS CENTER | APR 30 - MAY 6 - TUCSON, AZ - "Forging a Nation" - transportation, lodging, food |
| 2. | UNIVERSITY OF GEORGIA SCHOOL OF LAW | OCT 15 - 16 - ATHENS, GA - "J. Melvin England Mock Trial Competition" - lodging, food |
| 3. | UNIVERSITY OF GEORGIA SCHOOL OF LAW | OCT 28 - 29 - JACKSONVILLE, FL - "Hulsey-Kimbrell Moot Court Competition" - lodging, food |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | EDENFIELD, AVANT B | 5/5/2005 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

☐ **NONE** (No reportable income, assets, or transactions)

| # | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | BANK OF AMERICA | B | Interest | L | T | | | | | | |
| 2. | INVESTORS STOCK FUND | B | Dividend | L | T | | | | | | |
| 3. | IDS GROWTH FUND | | Dividend | M | T | | | | | | |
| 4. | SYNOVUS FINANCIAL (STOCK ●) STATESBORO GA | B | Dividend | L | T | | | | | | |
| 5. | FARMERS & MERCHANTS BANK (STOCK) STATESBORO GA (STOCK ●) | A | Dividend | K | T | | | | | | |
| 6. | RENTAL INCOME - 2 DUPLEXES STATESBORO GA ● | E | Rent | M | W | | | | | | |
| 7. | LAND RENTAL INCOME-FARMS SCREVEN & BULLOCH CO, GA | C | Rent | O | W | | | | | | |
| 8. | WATERFRONT LOT, SUNBURY GA | | | M | W | | | | | | |
| 9. | VACANT LOT, STATESBORO, GA | | | J | W | | | | | | |
| 10. | FARMERS & MERCHANTS BANK (CHCKG) STATESBORO | A | Interest | J | T | | | | | | |
| 11. | T. ROWE PRICE, IRA GROWTH STOCK | | | L | T | | | | | | |
| 12. | SAVANNAH BANK (CHECKG) SAVANNAH, GA | A | Interest | K | T | | | | | | |
| 13. | UNITED COMMUNITY BANK (CD) SAVANNAH, GA | A | Interest | L | T | | | | | | |
| 14. | | | | | | | | | | | |

1. Income/Gain Codes:  A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000     P4 = $More than $50,000,000

3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____      Date _____5-9-05_____

NOTE: A_____ND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY
BE SUBJ_____IONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544